UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PETER VLAMING<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WEST POINT SCHOOL BOARD; LAURA ABEL, in her official capacity as Division Superintendent; JONATHAN HOCHMAN, in his official capacity as Principal of West Point High School; and SUZANNE AUNSPACH, or her successor in office, in her official capacity as Assistant Principal of West Point High School<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:19-cv-00773 |

## CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND SCHEDULING ORDER REGARDING PLAINTIFF'S MOTION FOR REMAND

IT IS HEREBY STIPULATED by and among counsel for both parties that the deadline for Defendants, West Point School Board, Laura Abel, Jonathan Hochman, and Suzanne Aunspach or her successor in office (the "West Point Defendants") to answer or otherwise respond to the Complaint is extended until a date to be set by this Court after resolving Plaintiff's anticipated Motion for Remand.

IT IS HEREBY FURTHER STIPULATED by and among counsel for both parties that the following schedule shall apply to Plaintiff's anticipated Motion for Remand:

- Plaintiff's Motion for Remand is due to be filed no later than November 21, 2019.

- West Point Defendants' Opposition is due to be filed on or before fourteen days after the filing of Plaintiff's Motion for Remand or December 5, 2019, whichever is earlier.

- Plaintiff's Reply is due to be filed on or before six days after the West Point Defendants' Opposition is filed or December 11, 2019, whichever is earlier.

ENTERED this 29 day of October, 2019

Hon. John A. Gibney, Jr.
United States District Judge


/s/ Stacy L. Haney
Stacy L. Haney, Esq. (VSB 71054)
HANEY PHINYOWATTANACHIP LLP
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Telephone: (804) 500-0301
Facsimile: (804) 500-0309
shaney@haneyphinyo.com

Counsel for Defendants


/s/ J. Caleb Dalton (with permission)
J. Caleb Dalton
Virginia State Bar #83790
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (202) 347-3622
cdalton@ADFlegal.org


Shawn A. Voyles
Virginia State Bar #43277
MCKENRY DANCIGERS DAWSON, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
Tel: (757) 461-2500
Fax: (757) 461-2341
savoyles@va-law.org

Counsel for Plaintiff