UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| PETER VLAMING, | ) | Civil Action No. 3:19-cv-00773 |
| | ) | |
| Plaintiff, | ) | Judge John A. Gibney Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| WEST POINT SCHOOL BOARD; LAURA ABEL, in her official capacity as Division Superintendent; JONATHAN HOCHMAN, in his official capacity as Principal of West Point High School; and SUZANNE AUNSPACH, or her successor in office, in her official capacity as Assistant Principal of West Point High School, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED INTERVENOR JOHN DOE'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY**

John Doe (hereinafter "Doe"), who is moving for leave to intervene in this action, respectfully moves by his next friend Jane Roe to proceed under a pseudonym. He seeks this relief for himself and for his next friend due to the highly sensitive and private nature of the facts involved in this case, as well as the need to safeguard Doe's privacy and his physical and emotional wellbeing. The requested relief will not prejudice the existing parties in this case.

1. Doe is the transgender student referenced throughout Plaintiff's complaint. Plaintiff's refusal to use male pronouns when referring to John precipitated the investigation and disciplinary action by the Defendant, West Point School Board, at the center of this matter.

2. All of the applicable factors courts consider in determining whether to permit a party to proceed pseudonymously warrant granting Doe and his next friend leave to do so here. Doe's identity as transgender is highly sensitive personal information. Granting leave for Doe to proceed under a pseudonym would also protect Doe from exacerbating the emotional distress he

has already experienced due to Vlaming's prior disclosures of his transgender status at school and the significant public attention this matter previously received, as well as reduce the risk that Doe will become the target of additional harassment and discrimination. Requiring Doe to proceed using his initials, combined with this next friend's full legal name, would undermine the very privacy interest he seeks to vindicate via his intervention.

3. Granting Doe leave to proceed under a pseudonym would not prejudice any of the parties to the case. The existing parties are already aware of his identity and therefore will be able to locate and request any discovery from him irrespective of whether he is publicly identified on the Court's docket. Doe seeks only to avoid unnecessary widespread public disclosure of his identity beyond the immediate parties to this litigation.

4. No public interest would be served by revealing Doe's identifying information to the public. His name and identity are not pertinent to the issues presented either in the Plaintiff's Complaint or in the defenses likely to be raised by the Defendants (and, if the Court grants his motion to intervene, by Doe himself). Indeed, to date, Doe has not been publicly identified in this case by name by either Plaintiff or by the news media, further underscoring the fact that it is unnecessary to the public interest to disclose Doe's identifying information now.

5. Counsel for Doe has conferred with the existing parties regarding the relief requested in this motion. Defendants consent to this motion. Plaintiff has indicated that he does not oppose the motion for Doe to proceed under a pseudonym, but does oppose the use of a recognizably male name as the pseudonym requested. Doe's identity documents reflect that he is legally male and he does not believe he should be required to use a non-male pseudonym as a condition of the relief requested in this motion.

For the foregoing reasons, as well as those expressed in the accompanying memorandum of law, Doe respectfully urges this Court to GRANT this motion, permit him and his next friend to proceed under a pseudonym, and order that the parties and any third party who makes a filing in this case redact identifying information regarding Doe from all documents filed on the public record.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated:  November 25, 2019                           Respectfully submitted,

LOCKE QUINN                                         NATIONAL CENTER FOR LESBIAN
                                                    RIGHTS

  /s/ Colleen M. Quinn, Esq.                          /s/ Asaf Orr

Colleen Marea Quinn, Esq. (VSB #29282)              Asaf Orr (*pro hac vice forthcoming*)
1802 Bayberry Court, Suite 103                      870 Market Street, Suite 370
Richmond, VA 23226                                  San Francisco, CA 94102
Telephone: (804) 545-9406                           Telephone: (415) 365-1326
Facsimile: (804) 545-9411                           Facsimile: (415) 392-8442
quinn@lockequinn.com                                aorr@nclrights.org

JENNER & BLOCK LLP                                  *Counsel for John Doe*

  /s/ Luke Platzer

Luke Platzer (*pro hac vice forthcoming*)
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
lplatzer@jenner.com

Amy Egerton-Wiley
Ariel Shpigel
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Cayman Mitchell
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

## **CERTIFICATE OF SERVICE**

I hereby certify on the 25th day of November, 2019, I electronically filed the foregoing John Doe's Motion to Intervene, using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record:

J. Caleb Dalton
Virginia State Bar #83790
ALLIANCE DEFENDING FREEDOM,
440 First Street NW, Suite 600
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (202) 347-3622
cdalton@ADFlegal.org

Shawn A. Voyles
Virginia State Bar #43277
MCKENRY DANCIGERS DAWSON, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
Tel: (757) 461-2500
Fax: (757) 461-2341
savoyles@va-law.org

*Counsel for Plaintiff*


Stacy L. Haney, Esq.
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Tel: (804) 500-0301
Fax: (804) 500-0309
shaney@haneyphinyo.com
*Counsel for Defendants*

                                          BY: \_\_\_/s/ Colleen M. Quinn, Esq.\_\_\_
                                          Colleen Marea Quinn, Esq. (VSB #29282)
                                          Locke & Quinn
                                          1802 Bayberry Court, Suite 103
                                          Richmond, VA 23226
                                          Telephone: (804) 545-9406
                                          Fax: (804) 545-9411
                                          quinn@lockequinn.com
                                          *Counsel for John Doe*