IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:19-cv-00773__, Case Name __Vlaming v. West Point School Board, et al.__
Party Represented by Applicant: __John Doe__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Asaf Orr__
Bar Identification Number __261650__   State __California__
Firm Name __National Center for Lesbian Rights__
Firm Phone # __(415) 392-6257__   Direct Dial # __(415) 365-1326__   FAX # __(415) 392-8442__
E-Mail Address __aorr@nclrights.org__
Office **Mailing** Address __870 Market Street, Suite 370, San Francisco, CA 94102__

Name(s) of federal court(s) in which I have been admitted __See attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ Asaf Orr__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Colleen M. Quinn__                              __11/25/2019__
(Signature)                                                       (Date)
Colleen M. Quinn                                           29282
(Typed or Printed Name)                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)                                          (Date)

<u>Federal Court Admissions for Asaf Orr</u>

United States District Court for the Northern District of California

United States District Court for the Central District of California

United States District Court for the Southern District of California

United States Court of Appeals for the Sixth Circuit

United States Court of Appeals for the Eighth Circuit

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Eleventh Circuit