# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| PETER VLAMING, | ) | Civil Action No. 3:19-cv-00773 |
| | ) | |
| Plaintiff, | ) | Hon. John A. Gibney Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| WEST POINT SCHOOL BOARD; LAURA ABEL, in her official capacity as Division Superintendent; JONATHAN HOCHMAN, in his official capacity as Principal of West Point High School; and SUZANNE AUNSPACH, or her successor in office, in her official capacity as Assistant Principal of West Point High School, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOHN DOE'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

John Doe (hereinafter "John") hereby moves the Court for leave to file a Notice of Supplemental Authority regarding the Motion to Stay Proceedings by Plaintiff Peter Vlaming ("Plaintiff") and the Motions to Intervene and Proceed Pseudonymously filed by John. In support thereof, John respectfully shows the following:

## BRIEF IN SUPPORT OF DOE'S MOTION FOR LEAVE

### I. Relevant Background

Plaintiff filed this action on September 27, 2019 in the Circuit Court for the County of King William, Virginia. *See* Complaint, ECF No. 1-2. Defendants removed the case to the Eastern District of Virginia, Richmond Division on October 22, 2019. *See* Notice of Removal, ECF No. 1-2. Plaintiff filed a Motion to Remand the case to the state court on November 21, 2019. *See* Motion to Remand, ECF No. 5. John filed a Motion to Intervene and a Motion for Leave to

Proceed Pseudonymously on November 25, 2019. Mot. to Intervene, ECF No. 7 and Mot. for Leave to Proceed Pseudonymously, ECF No. 9. On November 26, 2020, Plaintiff filed a Motion to Stay consideration of the Motion to Intervene and Motion for Leave to Proceed Pseudonymously until this Court resolves the jurisdictional question. Mot. to Stay, ECF No. 15. On June 15, 2020, the Supreme Court issued an opinion holding that an employer violates Title VII, which makes it illegal to discriminate against an individual on the basis of sex, by firing an individual for their sexual orientation or gender identity. *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020) (hereinafter "the Supplemental Authority"). The Supplemental Authority is pertinent to John's pending request to use a pseudonym that matches his gender identity, ECF No. 9, and to John's pending request to intervene to represent his own legal interests, ECF No. 7. For these reasons, John requests that this Court grant leave to file a Notice of Supplemental Authority.

## II. Good Cause Exists to Grant Leave.

Under Local Rule 7(F), after the reply brief is filed, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." The Court uses a "good cause" standard when evaluating requests for further communication. *See e.g., Hughes v. Wells Fargo Bank*, No. 114CV516GBLTRJ, 2014 WL 12527212, at *8 (E.D. Va. Dec. 2, 2014) (finding plaintiff failed to allege good cause regarding necessity of supplemental briefing). "[T]he question of what constitutes 'good cause' necessarily is determined on a case-by-case basis within the discretion of the district court . . . ." *Scott v. Maryland State Dep't of Labor*, 673 F. App'x 299, 304 (4th Cir. 2016) (discussing good cause standard for extension of service of process under Fed. R. Civ. P. 4(m)). Federal courts in Virginia have recognized that "the purpose for filing a notice of supplemental authority is to alert the court to case law that was unavailable to the parties when

making a previous filing, but is relevant to the court's consideration on the matter." *Ashghari-Kamrani v. U.S. Auto. Ass'n*, No. 215CV478, 2016 WL 8253884, at *1 (E.D. Va. March 18, 2016).

Good cause exists in this case to grant leave because the Supreme Court issued a significant ruling on the protections afforded to transgender persons under federal law.  The Supplemental Authority in this case was not decided until June 15, 2020, after each of the pending motions was fully briefed.  *See* Mot. to Intervene, ECF No. 7, Mot. for Leave to Proceed Pseudonymously, ECF No. 9.  The Supplemental Authority is pertinent to John's argument that he should be permitted to proceed in this action under the pseudonym "John" because the Supreme Court utilized the preferred pronouns of a transgender petitioner, the same relief John requests here.  Furthermore, the Supplemental Authority supports John's argument that intervention is appropriate because of the divergence between his legal interests and those of Defendants.  The Supplemental Authority will therefore aid the Court in its determination of John's pending motions to intervene and to proceed pseudonymously.  The Supplemental Authority was issued after John filed his motions, and John has accordingly taken prompt steps to make the Court aware of its existence.

## CONCLUSION

For the aforementioned reasons, John Doe respectfully requests that this Court grant him leave to file a Notice of Supplemental Authority.

Dated:  July 21, 2020                                          Respectfully submitted,

LOCKE & QUINN                                              NATIONAL CENTER FOR LESBIAN RIGHTS

__/s/ Colleen M. Quinn, Esq._____                       ___/s/ Asaf Orr_____

Colleen Marea Quinn, Esq. (VSB #29282)                     Asaf Orr (*pro hac vice*)
1802 Bayberry Court, Suite 103                             Shannon Minter
Richmond, VA 23226                                         Christopher Stoll
Telephone: (804) 545-9406                                  870 Market Street, Suite 370
Facsimile: (804) 545-9411                                  San Francisco, CA 94102
quinn@lockequinn.com                                       Telephone: (415) 365-1326
                                                           Facsimile: (415) 392-8442
                                                           aorr@nclrights.org

JENNER & BLOCK LLP

                                                           *Counsel for John Doe*

__/s/ Luke Platzer_____

Luke Platzer (*pro hac vice*)
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
lplatzer@jenner.com

Amy Egerton-Wiley
Kristen Green
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Cayman Mitchell
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

**CERTIFICATE OF SERVICE**

  I hereby certify on the 21st day of July, 2020, I electronically filed the foregoing John Doe's Motion for Leave to File Supplemental Authority, using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record:

J. Caleb Dalton
Virginia State Bar #83790
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (202) 347-3622
cdalton@ADFlegal.org

Shawn A. Voyles
Virginia State Bar #43277
MCKENRY DANCIGERS DAWSON, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
Tel: (757) 461-2500
Fax: (757) 461-2341
savoyles@va-law.org

*Counsel for Plaintiff*


Stacy Leann Haney
HANEY PHINYOWATTANACHIP PLLC
11 South 12th Street
Suite 300C
Richmond, VA 23219
Tel: (804) 500-0301
Fax: (804) 500-0309
shaney@haneyphinyo.com

*Counsel for Defendants*


WILMER CUTLER PICKERING HALE & DORR LLP
Alan Schoenfeld
7 World Trade Center
250 Greenwich Street
New York, NY 20007

Tel: (212) 937-7294
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Bruce Berman
Paul Wolfson
Tania Faransso
1875 Pennsylvania Avenue NW
Washington D.C. 20006
Tel: (202) 663-6173
Fax: (202) 663-6363
bruce.berman@wilmerhale.com
paul.wolfson@wilmerhale.com
tania.faransso@wilmerhale.com

*Counsel for Defendant West Point School Board*

                         BY:   /s/ Colleen M. Quinn, Esq.
                         Colleen Marea Quinn, Esq. (VSB #29282)
                         Locke & Quinn
                         1802 Bayberry Court, Suite 103
                         Richmond, VA 23226
                         Telephone: (804) 545-9406
                         Fax: (804) 545-9411
                         quinn@lockequinn.com
                         *Counsel for John Doe*