IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PETER VLAMING,
        Plaintiff,

v.                                          Civil Action No. 3:19-cv-773

WEST POINT SCHOOL BOARD, et al.,
        Defendants.

## **FINAL ORDER**

This matter comes before the Court on the plaintiff's motion to remand and motion to stay (Dk. Nos. 5, 15) and various motions filed by the proposed intervenor, John Doe (Dk. Nos. 7, 9, 22, 35). For the reasons stated in the accompanying Opinion, the Court ORDERS as follows:

1.     Pursuant to 28 U.S.C. § 1447(c), the Court GRANTS the motion to remand because it lacks subject matter jurisdiction over this case. (Dk. No. 5.)

2.     The Court GRANTS Doe's motion for leave to proceed pseudonymously. (Dk. No. 9.) He may proceed as "John Doe" in filings made in this Court.

3.     The Court DENIES AS MOOT the plaintiff's motion to stay. (Dk. No. 15.)

4.     The Court cannot rule on Doe's motion to intervene, motion for leave to file an opposition brief, and motion for leave to file notice of supplemental authority. (Dk. Nos. 7, 22, 35.) Accordingly, the Court DIRECTS the Clerk to terminate those motions.

5.     The Court declines to award the plaintiff costs and fees.

6.     The Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>19 August 2020</u>
Richmond, VA

/s/
_____
John A. Gibney, Jr.
United States District Judge