FILED: September 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1940
(3:19-cv-00773-JAG)

_____

PETER VLAMING

       Plaintiff - Appellee

v.

WEST POINT SCHOOL BOARD; LAURA ABEL, in her official capacity as Division Superintendent; JONATHAN HOCHMAN, in his official capacity as Principal of West Point High School; SUZANNE AUNSPACH, or her Successor in Office, in her official capacity as Assistant Principal of West Point High School

       Defendants - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' motion to stay remand order pending appeal, the court denies the motion.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge King and Judge Diaz.

                              For the Court

                              /s/ Patricia S. Connor, Clerk