UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---

| | |
|---|---|
| PETER VLAMING, | : |
| Plaintiff, | : |
| v. | : |
| WEST POINT SCHOOL BOARD; LAURA ABEL, in her official capacity as Division Superintendent; JONATHAN HOCHMAN, in his official capacity as Principal of West Point High School; and SUZANNE AUNSPACH, or her successor in office, in her official capacity as Assistant Principal of West Point High School, | : Civ. Action No. 3:19-cv-00773-JAG |
| Defendants. | : |

---

## MOTION OF PAUL R.Q. WOLFSON
## TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to Local Rule 83.1 of the Local Rules of this Court, Paul R.Q. Wolfson respectfully moves for leave to withdraw as counsel for Defendants in this matter as he is leaving the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  All other counsel who have entered appearances for Defendants in this case will continue to serve as counsel of record for Defendants.

WHEREFORE, Mr. Wolfson respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Defendants.

Dated: August 12, 2021

- 2 -

|  |  |
|---|---|
| Alan E. Schoenfeld (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Fax: (212) 230-8888<br>alan.schoenfeld@wilmerhale.com | Respectfully submitted,<br><br>/s/ Stacy Haney<br>Stacy Haney<br>HANEY PHINYOWATTANACHIP<br>11 South 12th Street, Suite 100 B<br>Richmond, Virginia 23219<br>Telephone: (804) 500-0301<br>Fax: (804) 500-0309<br>shaney@haneyphinyo.com<br><br>Paul R.Q. Wolfson (*pro hac vice*)<br>Bruce M. Berman (*pro hac vice*)<br>Tania Faransso (*pro hac vice*)<br>Edward Williams (VBN: 88102)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to the following attorneys of record:

>Shawn A. Voyles, Esq.
>McKenry Dancigers Dawson, P.C.
>192 Ballard Court, Suite 400
>Virginia Beach, VA 23462
>
>J. Caleb Dalton, Esq.
>Alliance Defending Freedom
>440 First Street NW, Suite 600
>Washington, D.C. 20001
>*Counsel for Plaintiff*
>
>Colleen Marea Quinn, Esq.
>LOCKE QUINN
>1802 Bayberry Court, Suite 103
>Richmond, VA 23226
>quinn@lockequinn.com
>
>Luke Platzer
>JENNER & BLOCK LLP
>1099 New York Avenue, NW
>Washington, DC 20001
>lplatzer@jenner.com
>
>Asaf Orr
>NATIONAL CENTER FOR LESBIAN RIGHTS
>870 Market Street, Suite 370
>San Francisco, CA 94102
>aorr@nclrights.org
>
>*Counsel for Proposed Intervenor*

/s/ Stacy L. Haney
Stacy L. Haney, Esq. (VSB 71054)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 100B
Richmond, VA 23219
Telephone: (804) 500-0301
Facsimile: (804) 500-0309
shaney@haneyphinyo.com

*Counsel for Defendants*