IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PETER VLAMING,
    Plaintiff,

v.                                  Civil Action No. 3:19-cv-773

WEST POINT SCHOOL BOARD, et al.,
    Defendants.

## ORDER

This matter comes before the Court on Paul R.Q. Wolfson's motion to withdraw as counsel for the defendants. (ECF No. 46.) Upon due consideration, the Court GRANTS the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 14 September 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge